■ NORBERT P. KOSTYJ, Appellant, v DARLYN BABIARZ et al., Respondents. (Appeal No. 2.) [624 NYS2d 985] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.